UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMERSON BLAKE
    Plaintiff

V.

                                CIVIL ACTION: 15CV13867-RWZ

ANNIE DOOKHAN ET AL
    Defendant

## **JUDGMENT**

ZOBEL, D.J.                                        SEPTEMBER 21, 2016

In accordance with the ENDORSED ORDER as to the Commonwealth; dismissed for failure to state a claim; as to defendants Salemi, Nassif & Han dismissed for failure to be properly served; and defendant Dookhan voluntarily dismissed.

                                                            By the Court,

                                                       s/ Lisa A. Urso
                                                        DEPUTY CLERK